ORIGINAL

CV 17-5546

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MAUSKOPF, J.

Patrice / Partice Dorcil

KUO, M.J.

_____
Plaintiff,

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

[Insert full name of plaintiff/prisoner]

JURY DEMAND
YES ____ NO ____

-against-

Rikers Island OBCC
Otis Bantum Correction
Center 16-00 Hazen st
East Elmhurst N.Y 11370

RECEIVED
SEP 18 2017
PRO SE OFFICE

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties:** (In Item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Dorcil  Patrice / Partice

If you are incarcerated, provide the name of the facility and address:

Otis Bantum Correction center (OBCC)
16-00 Hazen st East Elmhurst N.Y 11370

Prisoner ID Number: 1411 60 4132

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Lewis # 14994

Job Title: Correction officers

Address: 16-00 Hazen st. East Elmhurst N.Y 11370

Defendant No. 2

Full Name: Rickers Island OBCC

Job Title:

Address: 16-00 Hazen st. East Elmhurst N.Y 11370

Defendant No. 3

Full Name: Special search team

Job Title: Correction officers

16-00 Hazen st

2

Address: _East Elmhurst N.Y 11370_

**Defendant No. 4**

Full Name

Job Title

Address

**Defendant No. 5**

Full Name

Job Title

Address

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

(1) Where did the events giving rise to your claim(s) occur? _4,5,6 Lower Corridor and at 6 Lower Bathroom_

(2) When did the events happen? (Include approximate time and date) _5/19/2016 at 10:00 / 8/17/17 at 9:00 in the morning._

3

Facts: (what happened?) ③ On May 19, 2016 officer lewis's #14994 on the corridor on my way to law library, she ordered for me to take off my religious cap which at the time I complied and she took it away from me. ④ She gave me a proprety receipt #152-4950/16 ⑤ I explained to her that cap was part of my religion wich is no differente from Muslims kufi or Jewish yamakah.

⑥ On August 17, 2017 the special search team officers took me to the Bathroom for a strip search and asked me to take my Bracelet of ⑦ I told them it was religious articles and I also do not consent on taking it off. ⑧ They told me they do not regconize Rastafarian as a religion. ⑨ They hand cuff me, push me to the wall and Brutally, forcébly take the bracelet of my hand. ⑩ I shall not be treated different because of my religion, race, cult.
⑪ Amendment I, Universal Decleration of human rights Article 2, 18. DBCC Rules Book, Chapter 1 title 40 §1-07 (A) Policy (B) exercises of Religious beliefs, (G) Religious articles.

II.A.   Injuries.   If you are claiming Injuries as a result of the events you are complaining about, describe your Injuries and state what medical treatment you required. Was medical treatment received?

I am seare for my life while being incarcerated at Rickers Island. I feel like i am under pressure, deprivation of rights, under color of law, very stressful. I feel humiliated by the department of correction.

4

III. Relief: State what relief you are seeking if you prevail on your complaint.

I am seeking for equal rights as Rastafarian. A Redress for discriminating my culture, a relief from oppression and deppression. The department of D.o.c needs to reaconize Rastafarian which is no difference from Christianity, Muslim, Judaism.

I declare under penalty of perjury that on 09/05/17 (date), I delivered this complaint to prison authorities at Rikers Island OBCC (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/05/17

Signature of Plaintiff

Otis Bantum Correction Center
Name of Prison Facility or Address If not Incarcerated

16-00 Hazen St East
Elmhurst N.Y 11370

Address

1411609132
Prisoner ID#

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 18 2017 ★

BROOKLYN OFFICE

Attachment B
Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1

EXHIBIT A

# City of New York Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Dorcsl Partice | 141 604132 | 12116252 L |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| OBCC | 6 Lower | 8/17/17 | 8/17/17 |

All grievances and requests must be submitted within ten business days after the incident occurred or the situation is ongoing. The inmate filing the grievance or request must personally prepare the statement. Upon submission by the inmate to the Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and book it as a grievance/request reference number and IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of such submission.

**Request or Grievance:**

On August 17, 2017 the special search team officers took me to the bathroom for a strip search and asked me to take my bracelet off. I told them it was religious articles and I also don't agree on taking it off, they told me they do not recognize Rastafarian as a religion. They hand cuff me, push me to the wall and forcibly take the bracelet of my hand. I don't think I shall be treated different because of my religion, race or culture. Rastafari Lion of Judah is my way of life.

**Action Requested by Inmate**

Religious cap to be returned to me, and the bracelet. This is the second religious articles the facility took from me. The first one was in 5/20/2016.

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by IGRP staff?   ☐ Yes   ☒ No
Do you need the IGRP staff to write the grievance or request for you?   ☐ Yes   ☒ No
Have you filed this grievance or request with a court or other agency?   ☒ Yes   ☐ No
Did you require the assistance of an Interpreter?   ☐ Yes   ☒ No

Inmate's Signature: _____    Date of Signature: 8/17/17

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|

Inmate Grievance and Request Program Staff's Signature:

EXHIBIT B

Chapter 1 Title 40
§ 1-07
A) Policy.
Prisoners have an unrestricted right to hold any religious group or organization, as well as to refrain from the excercise of any religious beliefs.

B) excercises of religious beliefs
(1) Prisoners are entitled to excercise their religious beliefs in any manner that does not constitude a clear and present danger to the safety or security of a facility.

C) Religious articles
Consistent with the requirements of Paragraph (b)/i) of this section, prisoners shall be entitle to wear and to posses religious medals or other religious articles including clothing and hats.

Taking any religious articles from me and confistcated as contraband is violating the 1st Ammendment of the constitution. This is the second religious articles the facility took from me.

EXHIBIT B

Form 111RB 2/04        Property Receipt/City of New York Department of Correction

EXHIBIT C

**Property Receipt**

Inmate: Parcil Pardice (Last, First)

Institution: OBCC

Date: 8/17/17

☐ NYSID # ____
☐ Book and Case # 141604138
☐ Sentence # ____

A Nº 1405436  17 year

CONTROL/CUFFLOCK# ____

**WHERE WAS PROPERTY TAKEN:**
☐ Admission   ☑ Housing Area - Specify: Glower   ☐ Other - Specify: ____
Was this property taken on a search: ☐ Yes / ☐ No

### I. Personal Items
(all crossed out)
- Radio
- Personal papers
- Pocketbook
- Gloves
- Glasses
- Wig
- Wallet
- Keys

### II. Clothing
(all crossed out)
- Coat/Jacket
- Pants
- Belts
- Shoes/Sneaker
- Shirt/Blouse
- Skirt
- Boots
- Hat

### III. Jewelry
(all crossed out)
- Tooth Cap
- Neck Chain
- Earring
- Charm
- Bracelet
- Watch
- Ring

Description: Y / W / CS

**Identification:** ☐ Yes ☐ No   On Person: Y / N (crossed out)
- U.S. Passport
- Green Card
- Driver's License
- Other Government-issued photo ID
- Birth Certificate
- Social Security Card
- Other:

**Please Note:**
Description Color:
Y - Yellow Metal
W - White Metal
CS - Color of Stone

**INSTRUCTIONS**
1. If you receive more than one (1) item on a line, (e.g., coat/jacket) circle appropriate item then enter the number.

### IV. Miscellaneous
| No. | Article |
|---|---|
| 1 | Black Shorts |
| 1 | Nike Slippers |
| 1 | Bracelet |

☐ NO PROPERTY

The above item(s) has been received from you because:
☑ It is not on the list of items which are permitted in this facility
☐ The quantity is in excess of that allowed in this facility.
☐ It may create a health, safety or security hazard, and therefore, you are not permitted to have it in your possession.
☐ You have submitted the item to us voluntarily for safekeeping.
☐ Other ____

Signature of person taking property: [signature]   Shield ID #: G291   Print Name: Jones
Signature of Inmate: Unable to Sign   Date: 8/17/17   Time: 1130hrs

SEE APPEAL AND DISPOSAL PROVISIONS ON OTHER SIDE.

Distribution:
White - Inmate Copy        Yellow - Duplicate (TO BE SECURED WITH PROPERTY)
Green - Inmate Legal Folder    Blue - Discharge Planning Center (UPON CITY SENTENCING)

Attachment B

Form: # 7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1

EXHIBIT D

## City of New York - Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Dorcil, Fartice | 141.16.04132 | 121162526 |

| Facility: | Housing Area: | Date of Incident | Date Submitted: |
|---|---|---|---|
| OBCC | 1 upper | 5/19/2016 | 5/20/2016 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:**

On May 19, 2016 officer Lewis #14494 on the corridor on my way to law library, she ordered me to take off my religious cap which at that time I complied and she took it away from me. She gave me a property receipt #1524950/16. I explain to her that cap was part of my religion. Which is no different from (Muslim's Kufi) and or Jewish Yamakah. Violating the rules of the city of New York chapter 1 title 40 § 1-07 A, B1, G (See attached page #2)

**Action Requested by Inmate**

Religious cap to be returned to me.

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by IGRP staff? ☐ Yes ☒ No
Do you need the IGRP staff to write the grievance or request for you? ☐ Yes ☒ No
Have you filed this grievance or request with a court or other agency? ☒ Yes ☐ No
Did you require the assistance of an interpreter? ☐ Yes ☒ No

Inmate's Signature: [signature]   Date of Signature: 5/20/2016

2016 MAY 23 A 8:08

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | GRP-469/2016 | G-72 Property |

Inmate Grievance and Request Program Staff's Signature: [signature]

Page 1

Case 1:17-cv-05546-RRM-PK   Document 29-1   Filed 01/21/20   Page 10 of 18 PageID #: 99
Case 1:17-cv-05546-RRM-PK   Document 1   Filed 09/18/17   Page 10 of 18 PageID #: 10

Page 2

EXHIBIT E

Chapter 1 title 40

§ 1-07

(A) Policy.
Prisoners have an unrestricted right to hold any religious group or organization, as well as to refrain from the excercise of any religious beliefs.

(B) exercises of religious beliefs

(1) Prisoners are entitled to exercise their religious beliefs in any manner that desnot constitute a clear and present danger to the safety or security of a facility.

(G) Religious articles

Consistent with the requirements of paragraph (b)(i) of this section, prisoners shall be entitle to wear and to posses religious medals or other religious articles including clothing and hats.

Form 111RB 2/04        Property Receipt/City of New York Department of Correction

EXHIBIT F

Inmate: Dorell Partee (Last, First)

Institution: OBCC
Date: 5-18-16

☐ NYSID # 12711252L
☐ Book and Case # 141604732
☐ Sentence #

**Property Receipt**
A № 1524950

CONTROL/CUFFLOCK# _____

### WHERE WAS PROPERTY TAKEN:
☐ Admission  ☒ Housing Area - Specify: _____  ☐ Other - Specify: _____
Was this property taken on a search: ☐ Yes / ☐ No

| I. Personal Items | | II. Clothing | | | III. Jewelry | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Articles | No. | Articles | Color | No. | Article | Y | W | CS |
| | Radio | | Coat/Jacket | | | Tooth Cap | | | |
| | Personal papers | | Pants | | | Neck Chain | | | |
| | Pocketbook | | Belts | | | Earring | | | |
| | Gloves | | Shoes/Sneaker | | | Charm | | | |
| | Glasses | | Shirt/Blouse | | | Bracelet | | | |
| | Wig | | Skirt | | | | | | |
| | Wallet | | Boots | | | Watch | | | |
| | Keys | | Hat | | | Ring | | | |

(Handwritten across clothing section: "Non-Missable")

Identification: ☐ Yes ☐ No       Same Name? On Person Y N

| | | | |
|---|---|---|---|
| U.S. Passport | | | |
| Green Card | | | |
| Driver's License | | | |
| Other Government-issued photo ID | | | |
| Birth Certificate | | | |
| Social Security Card | | | |
| Other: | | | |

**Please Note:
Description Color:
Y-Yellow Metal
W-White Metal
CS-Color of Stone

INSTRUCTIONS
1. If you receive more than one (1) item on a line, (e.g., coat/jacket) circle appropriate item then enter the number.

### IV. Miscellaneous
| No. | Article |
|---|---|

☐ NO PROPERTY

The above item(s) has been received from you because:
☒ It is not on the list of items which are permitted in this facility
☐ The quantity is in excess of that allowed in this facility.
☐ It may create a health, safety or security hazard, and therefore, you are not permitted to have it in your possession.
☐ You have submitted the item to us voluntarily for safekeeping.
☐ Other _____

_____      _____      _____
Signature of person taking property      Shield ID #      Print Name (LEWIS)

_____      _____      _____
Signature of Inmate      Date      Time

SEE APPEAL AND DISPOSAL PROVISIONS ON OTHER SIDE.

Distribution:
White - Inmate Copy        Yellow - Duplicate (TO BE SECURED WITH PROPERTY)
Green - Inmate Legal Folder    Blue - Discharge Planning Center (UPON CITY SENTENCING)

EXHIBIT G

 

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE AND REQUEST PROGRAM
### DISPOSITION FORM — Attachment - C

Form: # 7102R
Eff.: 09/10/12
Ref.: Dir. #3376

If this is a submission not subject to IGRP process, DOC Grievance Supervisor must choose its category and write down the next steps for the inmate.

- ☐ Staff-on-inmate non-sexual assault (use of force) allegation
- ☐ Staff-on-inmate sexual assault/abuse allegation
- ☐ Staff-on-inmate non-sexual harassment
- ☐ Inmate-on-inmate non-sexual assault allegation
- ☐ Inmate-on-inmate sexual assault/abuse allegation
- ☐ Inmate-on-inmate non-sexual harassment allegation
- ☐ Status as an intended contraband recipient, enhanced restraint, Red ID, or centrally monitored case inmate
- ☐ Medical staff, e.g., complaints regarding quality of care, request for second medical opinion
- ☐ Mental health staff, e.g., complaints regarding quality of care, request for second medical opinion
- ☐ Request for protective custody (fear for safety)
- ☐ Request for accommodation due to disability
- ☐ Inmate disciplinary process and dispositions
- ☐ Freedom of Information law request
- ☐ Other

Next steps:

Date of Deadline for Status Update from Relevant Entity:

Inmate's Signature:   Date:   Grievance Supervisor's Signature:   Date:

## STEP 2: FORMAL HEARING OF INMATE GRIEVANCE RESOLUTION COMMITTEE

Formal Hearing Disposition:

Date returned to inmate:   IGRC Members Signatures:

Please decide within five business days of receipt whether to appeal (Check one box below.)

- ☐ Yes, I agree with the IGRC hearing disposition.
- ☐ No, I disagree with the IGRC hearing disposition and seek to appeal to the Commanding Officer.

Inmate's Signature:   Date:   Grievance Supervisor's Signature:   Date:

## STEP 3: APPEAL TO THE COMMANDING OFFICER

Grievance Supervisor must check only one box below.

- ☐ Grievance forwarded to the Commanding Officer for action upon IGRC recommendation.
- ☐ Grievance not forwarded to the Commanding Officer (explain):

Grievance Supervisor's Signature:   Date:

EXHIBIT 4

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE AND REQUEST PROGRAM
## GRIEVANCE AND REQUEST INVESTIGATION FORM

Form: # 7115R
Eff.: 09/10/12
Ref.: Dir. #3376



| Inmate's Name: Dorcil Partice | Book & Case #: 141-16-04132 | NYSID #: 12116252L |
|---|---|---|
| Grievance/Request Reference #: OB-469/2016 | Facility: OBCC | Housing Area: 1 Upper |

**Issue:** Grievant reports as he traversed the corridor his religious head piece was confiscated as contraband.

**Action Requested:** He would like his head piece returned to him.

**Person(s) Contacted:**

**Statement(s) Provided:**

**Related Documents:**

**Conclusion:** It is the determination of IGRP that this submission be modified. He will be provided with a property released form. It is the determination of IGRP that this submission be modified. He will be provided with a property released form and advised to submit it to Social Services.

Completed by:

| Inmate Grievance Representative (Signature): | Date: |
|---|---|
| Uniformed Staff Representative (Signature): | Shield: / Date: |
| Grievance Supervisor (Signature): | Date: 5/25/2016 |

EXHIBIT I

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE AND REQUEST PROGRAM
### DISPOSITION FORM

Form: # 7102R
Eff.: 09/10/12
Ref.: Dir. #3376



| | | |
|---|---|---|
| Grievance/Request Reference #: OB-469/2016 | Date Filed: 05/23/2016 | Facility: OBCC |
| Title of Grievance or Request: Property | Category: G- #20 | |

**From IGRP Inmate Statement Form, print or type short description of request/grievance:**

Grievant reports as he traversed the corridor his religious head piece was confiscated as contraband.

**Action Requested by Inmate:** He would like his head piece returned to him.

### STEP 1: INFORMAL RESOLUTION

Check one box: ☒ Grievance  ☐ Request  ☐ Submission not subject to the IGRP process.

The Inmate Grievance and Request Program proposes to informally resolve your grievance or request as follows below. Alternatively, IGRP staff shall provide an explanation for why the submission is not subject to the IGRP process.

It is the determination of IGRP that this submission be modified. He will be provided with a property released form and advised to submit it to Social Services.

Are you satisfied with the proposed resolution?

☐ Yes, I accept the resolution.  ☐ No

I request a formal hearing of the Inmate Grievance Resolution Committee within 5 business days from notification of the proposed resolution. I understand that if my submission involves a request to exercise religious beliefs or practices not currently available, then the Committee on Religious Accommodations will review my request

| Inmate's Signature: | Date: | Grievance Supervisor's Signature: | Date: 5/25/2016 |
|---|---|---|---|

Exhib. J

# CORRECTION DEPARTMENT CITY OF NEW YORK
## INMATE PROPERTY RELEASE FORM

OPERATIONS DIVISON

FORM NO. PU/13

Date: / /

Institution: _____  Housing Area: _____  NYSID#: _____

Inmate's Name: _____  Book & Case #: _____

I hereby authorize release of my property as indicated below and issued to the following named person. I understand that the named person may be myself.

| Quantity | Description | Receipt Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### PERSON DESIGNATED TO RECEIVE PROPERTY

☐ Mail out   ☐ Pick-up   ☐ Self

Name: _____

Address: _____
Number & Street         City         State     Zip Code

Inmate's Signature: _____

Employee's Signature: _____

### Deputy Warden for Administration

☐ Approved          ☐ Disapproved

Signature: _____   Date: / /

I _____ have received the above Inmate property from the New York City Department of Correction.

Type of Identification Presented: _____

Inmate/Designee Name (Print) _____   Inmate/Designee Name (Signature) _____   Date _____

<u>Pro Se Writ Clerks</u>

Attn: Pro Se Office

United States District Court

for the

Eastern District of New York

225 Cadman Plaza East

Room 118S

Brooklyn, NY 11201

8:30 A.M. - 4:45 P.M.

(718) 613-2665

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK



**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Corey Nguyen**
Chief Deputy

**Carol McMahon**
Chief Deputy

Theodore Roosevelt Federal Courthouse
Emanuel Celler Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000

## DOCUMENT FILING GUIDELINES FOR PRO SE LITIGANTS

1. Please use 8.5" by 11" paper. Please do not use legal size or random sized paper.

2. Please use staples, binder clips or rubber bands to organize papers for submission. Please do not glue, tape or bind your submission as this will make scanning of your submission more difficult and may delay it being docketed.

3. Please do not use tabs as they make scanning your submission more difficult. Please label exhibits by either (1) labeling the first page of exhibits as Exhibit 1, Exhibit 2, etc. or (2) inserting a piece of paper between exhibits, which paper should contain the exhibit number e.g. Exhibit 1, Exhibit 2, etc.

4. Please use blue or black ink. Please avoid using a pencil (pencil may smear or fade and may not scan clearly).

5. Please number pages.

6. Please have adequate copies collated and properly organized.

7. Do not mail cash for any reason. Please use checks or money orders.

8. Please do not submit double sided documents. All submissions should be single sided.

9. Please include the case number and the assigned judges on all documents.

10. Unless otherwise instructed, all documents mailed to the court should be addressed as follows:

    Clerk's Office
    United States District Court, EDNY
    225 Cadman Plaza
    Brooklyn, NY 11201
    Attention: Pro Se Office

## INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

1. **Caption:** It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. You are required to furnish the correct name and address of each person so that service of process upon each defendant can be made.

2. **Contents:** The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state facts, such as the date and location of the events. You need not make legal arguments or cite to cases. The complaint must have an original (not photocopied) signature by each plaintiff. The complaint need not be notarized.

3. **Copies:** You must send the Court the original complaint and two exact copies (a complete set of three). You should keep another copy for your records. Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

4. **Fee:** The filing fee is $400, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action. See Fed. R. Civ. P. 4. If you are granted *in forma pauperis* status and are a prisoner, the filing fee is $350 and is payable in installments.

5. **Inability to Pay the Fee:** If you cannot pay the fee, you may apply to the Court to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C § 1915 by completing the attached form. If there is more than one plaintiff, each plaintiff must provide a separate declaration in support of the request to proceed *in forma pauperis*. If you are a prisoner, you must also complete the attached Prisoner Authorization form.

6. **Prison's Grievance Procedures:** Prisoners filing an action in federal court regarding prison conditions must first exhaust administrative procedures (such as the prison's grievance procedures). See 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies before filing your action in federal court.

When you have completed the forms, mail the original and 2 copies to the:

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201
Attention: Pro Se Office

or

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722
Attention: Pro Se Office

Keep this page and a copy of the complaint for your records. You may call 718-613-2665 in Brooklyn or 631-712-6060 in Central Islip if you have questions on how to file your complaint.

rev. 12/1/2015